UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PEOPLE FOR THE AMERICAN WAY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-01947 (EGS) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## JOINT STATUS REPORT

By Minute Order of October 31, 2018, the Court directed the parties to meet and confer and propose a joint scheduling order for further proceedings in this case by no later than December 2, 2018. The Court requested that the parties address specific questions in their report. Therefore, the parties hereby submit this joint status report and state as follows:

A. *Status of Plaintiff's FOIA request; number of responsive documents; and anticipated date(s) for release of documents responsive to request.*

This action concerns a FOIA request made by Plaintiff to the U.S. Department of Education ("DOE"), the U.S. Environmental Protection Agency ("EPA"), and the U.S. Department of Agriculture ("USDA"), seeking documents relating to bible study sessions organized by Pastor Ralph Drollinger of the Capitol Ministry. Specifically, Plaintiff requested:

   a. all written correspondence, logs of calls, or records of meetings between or involving Pastor Ralph Drollinger, Danielle Drollinger, or any other member of Capitol Ministries, and Secretary of Education Betsy DeVos or her representatives, Secretary of Agriculture George "Sonny" Perdue or his representatives, or former Environmental Protection Agency Administrator H. Scott Pruitt or his representatives;

1

> b. All records of the attendance of Secretary DeVos, Secretary Perdue, or former Administrator Pruitt at Capitol Ministries' "Cabinet Member Bible Study" events, including calendar items and correspondence involving the events;
>
> c. All written correspondence between Secretary DeVos, Secretary Perdue, former Administrator Pruitt, or their representatives and any nongovernmental organizations and individuals concerning Mr. Drollinger or Capitol Ministries;
>
> d. All other materials received by defendants from Ralph Drollinger, Danielle Drollinger, or any other representative of Capitol Ministries.

As of today, the DOE has completed its search for potentially responsive documents and made its first production of non-exempt, responsive material to Plaintiff on September 19, 2018. Some of the documents released were slightly redacted under FOIA Exemptions 5 and 6. The DOE has approximately 500 pages of documents remaining to be processed and intends to make monthly production on a rolling basis. The DOE anticipates completion of its production of all non-exempt, responsive records by February 28, 2019.

The USDA has completed its search and located approximately 926 pages of potentially responsive documents. On November 16, 2018, the USDA made its first interim production of non-exempt, responsive material to Plaintiff. The USDA continues to process the remaining documents and will make monthly productions on a rolling basis. However, a majority of the records contain equities from other agencies and the Executive Office of the President, which will require the USDA to consult with these entities. The USDA has already begun the consultation process. The USDA anticipates that it will complete its production of all non-exempt, responsive records by February 22, 2019.

The EPA has completed its search for potentially responsive records, except for the portion of the request seeking phone logs because Plaintiff did not provide a list of phone numbers which would be considered responsive. The EPA is waiting for Plaintiff to provide the phone numbers to complete the search. Thus far, the EPA's search has located 552 potentially

responsive documents, which the EPA has begun to process.  The EPA intends to make its first interim production by December 15, 2018 and will make additional productions on a rolling basis.  Many of the potentially responsive documents contain equities from other agencies, and the EPA will soon begin the consultation process.  The EPA anticipates that it will complete its production of all responsive, non-exempt records by February 22, 2019.

> B. *Whether a motion for an Open America stay, Vaughn Index, and referral to a magistrate or District Court Mediation Program are necessary.*

An Open America stay is not likely in this case.  The parties do not believe either that alternative dispute resolution procedures or a referral to a magistrate is warranted at this time but are willing to reconsider the issue at a later date.  Until the agencies complete their productions and Plaintiff determines what, if anything, it intends to challenge, it is also premature for the parties to determine whether a *Vaughn* Index will be necessary.

> C. *A proposed briefing schedule for dispositive motion, if applicable.*

Likewise, it is premature to determine whether a dispositive motion will be necessary.  If the parties decide to resolve this matter through a dispositive motion, they will inform the Court and submit a proposed briefing schedule.

Consequently, the parties propose to submit another status report by January 15, 2019, to update the Court on the status of this case.

Dated:  November 30, 2018                Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General
                                         Civil Division

                                         MARCIA BERMAN
                                         Assistant Director
                                         Federal Programs Branch

/s/ Jean-Michel Voltaire
Jean-Michel Voltaire (NY Bar)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street., N.W., Rm 11106
Washington, D.C.  20005
Telephone: (202) 616-8211
Facsimile: (202) 616-8460
Email: jean.michel.voltaire@usdoj.gov

*Counsel for Defendants*


  /s/ Craig Goldblatt
CRAIG GOLDBLATT
(DC Bar No. 449229)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-60000 (phone)
(202) 663-6363 (fax)
Email: craig.goldblatt@wilmerhale.com

ARJUN K. JAIKUMAR (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 835-2018
Email: arjunjaikumar@gmail.com

*Attorney for Plaintiff*


## *C*ERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.


 /s/Jean-Michel Voltaire
JEAN-MICHEL VOLTAIRE