# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 18-cv-01947 (EGS)<br>) |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## STATUS REPORT AND STIPULATION OF DISMISSAL WITH PREJUDICE

In view of the fact that Defendants U.S. Department of Education, U.S Environmental Protection Agency, and United States Department of Agriculture have completed their production of all non-exempt records responsive to Plaintiff's requests for production pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and that Plaintiff is reasonably satisfied with the production, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own attorneys' fees and other litigation costs.

July 22, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ Marsha Stelson Edney*
Marsha Stelson Edney (DC Bar # 41427)
Senior Trial Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street., N.W., Rm 11014
Washington, D.C. 20005
Telephone: (202) 514-4520
Email: marsha.edney@usdoj.gov

*Counsel for Defendants*

*/s/ Craig T. Goldblatt*
Craig T. Goldblatt
D.C. Bar No. 449229
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000 (phone)
(202) 663-6363 (fax)
Email: craig.goldblatt@wilmerhale.com

Arjun K. Jaikumar (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
Email: arjun.jaikumar@wilmerhale.com

*Counsel for Plaintiffs*